IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ACCRUED FINANCIAL SERVICES, INC. | * | |
| v. | * | Civil No. JFM-00-2474 |
| PRIME RETAIL, INC., ET AL. | * | |

*****

ORDER

For the reasons stated in the accompanying memorandum, it is, this ___ day of October 2000

ORDERED

1. Defendants' motion to dismiss is granted in part and denied in part;

2. Counts one through nine are dismissed;

3. Plaintiff's motion to stay is granted in part and denied in part;

4. Counts ten and eleven are stayed; and

5. This action is administratively closed, subject to being reopened within thirty days after the issuance of the mandate by the Fourth Circuit in the appeal in <u>Accrued Financial Services v. Prime Retail, Inc.</u>, Civil Action No. JFM-99-2573.

J. Frederick Motz
United States District Judge