IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Accrued Financial Services, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Prime Retail, Inc., et al. <br><br> Defendants. | Civil Action No. JFM-00-2474 |

[~~PROPOSED~~] AMENDED ORDER OF DISMISSAL AND
CERTIFICATION PURSUANT TO FED. R. CIV. P. 54(b)

THIS MATTER comes before the Court upon plaintiff's motion for certification under Fed. R. Civ. P. 54(b) of the Court's October 11, 2000 Order dismissing nine of the eleven claims asserted in the Complaint in this case and to thus permit an immediate appeal of the dismissal of those claims. Upon consideration of same and being fully advised in the premises and for the reasons stated in the Memorandum the Court issued on October 11, 2000, it is hereby ORDERED that:

    1. Defendant's motion to dismiss is granted in part and denied in part;

    2. Counts one through nine are dismissed, and the Court expressly determines that there is no just reason for delaying appeal from the dismissal of those claims, and the Court hereby expressly directs entry of a final judgment of dismissal of those claims pursuant to Fed. R. Civ. P. 54(b);

    3. Plaintiff's motion to stay is granted in part and denied in part;

    4. Further proceedings on counts ten and eleven are hereby stayed until further order of the Court; and

5. This action is administratively closed, subject to being reopened within 30 days after the issuance of the mandate by the U.S. Court of Appeals for the Fourth Circuit in the appeal from dismissal of *Accrued Financial Services, Inc. v. Prime Retail Inc.,* Civil Action No. JFM-99-2573.

Done this 6th day of July, 2000    BY THE COURT:

By: _____
Hon. J. Frederick Motz
United States District Judge