IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ACCRUED FINANCIAL SERVICES, INC. *
                                            *

        v.                               *        Civil No. JFM-00-2474
                                            *

PRIME RETAIL, INC., et al.     *
                                           *
                                       *****

**STIPULATION OF ALL PARTIES TO DISMISSAL OF
REMAINING CLAIMS FOR RELIEF**

All parties to this action, by and through their respective, undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that all claims for relief remaining in this civil action should be, and hereby are, dismissed without prejudice, each party to bear his or its own, respective costs and attorneys' fees.

Dated: May 5, 2003

                                                  Respectfully submitted

                                                  By:  _____
                                                        Alan Briggs
                                                        SQUIRE, SANDERS & DEMPSEY, L.L.P.
                                                       1201 Pennsylvania Avenue, N.W.
                                                       Washington, D.C. 20044-0407
                                                       (202) 626-6660
                                                       Attorneys for Plaintiff
                                                       ACCRUED FINANCIAL SERVICES, INC.

OF COUNSEL

Rodney R. Patula
Diane L. Gibson
SQUIRE, SANDERS & DEMPSEY, L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111
(415) 954-0200

                                                By:  _____
                                                       Charles P. Scheeler
                                                       PIPER RUDNICK
                                                       6225 Smith Avenue
                                                       Baltimore, MD 21209-3600
                                                       410-580-3000
                                                       Attorneys for Defendant
                                                       PRIME RETAIL, INC.